# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| Ryan Welling, | ) | Case No: |
| Plaintiff, | ) | |
| v. | ) | Judge: |
| | ) | Magistrate Judge: |
| Palwinder Singh Randhawa, et al. | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Now come Defendants, Honeybee Transportation, Inc. and Palwinder Randhawa, by and through counsel, Reminger Co., L.P.A., and hereby file their Notice of Removal pursuant to 28 U.S.C. § 1441 with the United States District Court for the Northern District of Ohio, Western Division. In support of removal, Defendants state as follows:

1. This case was commenced and is now pending in the Common Pleas Court of Allen County, Ohio, styled *Ryan Welling v. Palwinder Singh Randhawa, et al.,* Case No. CV2021 0273. A true and accurate copy of the docket in the Allen County Action is attached hereto as Exhibit "A."

2. Plaintiff commenced this action by filing a complaint in the Allen County Court of Common Pleas on September 7, 2021. A true and accurate copy of the complaint is attached hereto as Exhibit "B."

3. Defendant Randhawa was served with a copy of the Complaint on October 1, 2021 by USPS in Canada.

4. Defendant Honeybee was served with a copy of the Complaint on October 19, 2021 by USPS in Canada.

5. At the time Plaintiff filed his Complaint, he was a citizen of the state of Ohio, residing in Millbury, Ohio. See Plaintiff's Complaint.

6. Defendants are not a citizen of the state of Ohio. More specifically, Defendant Honeybee is foreign a corporation organized and existing under the laws of Canada with is principal place of business in Windsor, Ontario, Canada. Defendant Randhawa is a resident of Calgary, Alberta, Canada.

7. Thus, this controversy is wholly between citizens of different states.

8. The United States District Court, pursuant to the provisions of 28 U.S.C. § 1332, has jurisdiction over this action because there is complete diversity, and, upon information and belief, the matter in controversy exceeds the sum of $75,000 exclusive of interest and cost.

9. This notice is filed pursuant to 28 U.S.C. § 1441 within the time limits prescribed by 28 U.S.C. § 1446(b).

10. Defendants will give written notice of the filing of this notice to the Allen County Court of Common Pleas as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants provide notice that this action is removed to the United States District Court for the Northern District of Ohio, Western Division, pursuant to 28 U.S.C. § 1441 and 1446, and that the Common Pleas Court of Allen County shall proceed no further unless this case is remanded.

        Respectfully submitted,

James J. Turek (0031278)
Reminger Co., LPA
101 Prospect Avenue, West
1400 Midland Building
Cleveland, Ohio 44115
(216) 687-1311
E-mail: jturek@reminger.com

David R. Hudson (0084988)
One SeaGate, Suite 1600
Toledo, Ohio 43604
Tel:    (419) 254-1311
Fax:    (419) 243-7830
E-Mail: dhudson@reminger.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon the following parties via e-mail this 1st day of November, 2021:

Robert J. Bahret                Counsel for Plaintiff
Andrew J. Ayers
Rohrbachers Cron Manahan
Trimble Zimmerman Co., LPA
405 Madison Avenue, 8th Floor
Toledo, OH 43604
rbahret@rcmtz.com

James J. Turek (0031278)
David R. Hudson (0084988)